| | | |
|---|---|---|
| IN RE | : | |
| CLARA LUCILLE BOWMAN, | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 5:26-BK-00703-MJC |
| | : | |
| CLARA LUCILLE BOWMAN, | : | |
| Respondent | : | |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on 16th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §§ 521 and 1307(c) due to failure to file documents, and in support of this Motion, your Trustee states as follows:

1. On March 17, 2026, Debtor(s) filed this case in the Middle District of Pennsylvania.

2. The Notice of Incomplete and/or Deficient Filing dated March 18, 2026, at Doc. 7 established a due date for Debtor(s) to file certain documents by March 31, 2026.

3. Debtor(s) failed to file documents to complete the Petition pursuant to Bankruptcy Rules 1007 and 3015 and § 521, namely the following, by March 31, 2026:

   a. 106Sum − Summary of Your Assets and Liabilities and Certain Statistical Information;
   b. 106Dec − Declaration About an Individual Debtor's Schedules;
   c. 106A/B − Schedule A/B: Property;
   d. 106C − Schedule C: The Property You Claim as Exempt;
   e. 106D − Schedule D: Creditors Who Have Claims Secured by Property;
   f. 106E/F − Schedule E/F: Creditors Who Have Unsecured Claims;

g. 106G − Schedule G: Executory Contracts and Unexpired Leases;
h. 106H − Schedule H: Your Codebtors;
i. 106I − Schedule I: Your Income;
j. 106J − Schedule J: Your Expenses;
k. 107 − Statement of Financial Affairs for Individuals Filing for Bankruptcy;
l. Employee Income Records (Payment Advices) − received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted;
m. 122C−1 − Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period;
n. 122C−2 − Chapter 13 Calculation of Your disposable Income;
o. 2030 − Disclosure of Compensation of Attorney for Debtor; and
p. Chapter 13 Plan. Local Bankruptcy Form 3015−1.

4. A Motion for extension of time was filed on March 31, 2026, but the deadline has since passed and no other Motion for extension of time was filed to date.

5. Movant believes, and therefore avers, that under the circumstances, Debtor(s) demonstrated substantial abuse and a lack of good faith pursuant to §§ 521 and 1307(c).

6. If upon receipt of this Motion and the Notice, Debtor(s) files/file the missing documents on or before the response date specified on said Notice, or an Order granting a Motion for extension of time is granted, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee respectfully requests this Honorable Court to:

a. dismiss this case in accordance with §§ 521 and 1307(c); and

b. grant such further relief as this Honorable Court deems just and proper.

Respectfully submitted:

/s/ Agatha R. McHale, Esquire
Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

| | | |
|---|---|---|
| IN RE | : | |
| CLARA LUCILLE BOWMAN, | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO.  5:26-BK-00703-MJC |
| | : | |
| CLARA LUCILLE BOWMAN, | : | |
| Respondent | : | |

**<u>ORDER DISMISSING CASE</u>**

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that

the above-captioned bankruptcy be and hereby is DISMISSED.

| | | |
|---|---|---|
| IN RE | : | |
| CLARA LUCILLE BOWMAN, | : | |
|     Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
|     vs. | : | CASE NO.  5:26-BK-00703-MJC |
| | : | |
| CLARA LUCILLE BOWMAN, | : | |
|     Respondent | : | |

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy

filing.

If you object to the relief requested, you must file a written objection/response on

or before **April 30, 2026**, with the Clerk of Bankruptcy Court:

> Max Rosenn U.S. Courthouse
> 197 South Main Street, Room 274
> Wilkes-Barre, PA 18701

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

> Jack N. Zaharopoulos
> Office of the Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036.

If you file and serve an objection/response within the time permitted, a hearing will be held

on **May 28, 2026, at 10:00 AM at the Max Rosenn U.S. Courthouse, Courtroom No. 2, 197**

**South Main Street, Wilkes-Barre, Pennsylvania 18701.** If you do not file an objection/response

within the time permitted, the Court will deem the Motion unopposed and proceed to consider the

Motion without further notice or hearing and may grant the relief requested.

Respectfully submitted:

Date: April 16, 2026

/s/ Agatha R. McHale, Esquire
Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

| | | |
|---|---|---|
| IN RE | : | |
| CLARA LUCILLE BOWMAN, | : | |
|     Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
|     vs. | : | CASE NO.  5:26-BK-00703-MJC |
| | : | |
| CLARA LUCILLE BOWMAN, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

AND NOW, this 16th day of April 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***
PAUL H YOUNG, ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020-

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***
CLARA LUCILLE BOWMAN
1332 C UPPER RAVEN CREEK ROAD
BENTON, PA 17814

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee