In re:                                                                          Case No. 26-00703-MJC

Clara Lucille Bowman                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                         Page 1 of 2

Date Rcvd: Apr 24, 2026                  Form ID: ntnew341                       Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clara Lucille Bowman, 1332 C Upper Raven Creek Road, Benton, PA 17814-7763 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5788201 | + Email/Text: mtgbk@shellpointmtg.com | Apr 24 2026 18:44:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 5788202 | + Email/Text: mtgbk@shellpointmtg.com | Apr 24 2026 18:44:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 5788204 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2026 18:44:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5788203 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2026 18:44:00 | Santander Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5794150 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2026 18:44:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Clara Lucille Bowman ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Clara Lucille Bowman,                                    Chapter        13

    **Debtor 1**

    Case No.        5:26−bk−00703−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 15, 2026<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 24, 2026 |

ntnew341 (09/23)