United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 26-00703-MJC

Clara Lucille Bowman                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                   Page 1 of 2

Date Rcvd: May 05, 2026                        Form ID: pdf010                             Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +   Clara Lucille Bowman, 1332 C Upper Raven Creek Road, Benton, PA 17814-7763

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5788201 | + Email/Text: mtgbk@shellpointmtg.com | May 05 2026 18:58:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 5788202 | + Email/Text: mtgbk@shellpointmtg.com | May 05 2026 18:58:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 5788204 | + Email/Text: enotifications@santanderconsumerusa.com | May 05 2026 18:58:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 5788203 | + Email/Text: enotifications@santanderconsumerusa.com | May 05 2026 18:58:00 | Santander Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5794150 | + Email/Text: enotifications@santanderconsumerusa.com | May 05 2026 18:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                         Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Clara Lucille Bowman ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

**Clara Lucille Bowman**

| | |
|---|---|
| | **Chapter:** 13 |
| **Debtor 1** | **Case No.:** 5:26-bk-00703-MJC |

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 5, 2026